AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
OCT 23 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Matthew Mark Woods
*Petitioner*

v.

Mike Griffis, Cpt McNeil, Trotter, Bobby Bland, Adrian Chavez
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. MO:17-CV-00131-RAJ
(Supplied by Clerk of Court)

7:17CV-207

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Matthew Mark Woods
   (b) Other names you have used: Mark Woods
2. Place of confinement:
   (a) Name of institution: Law Enforcement Center
   (b) Address: 2500 S 385 Hwy Odessa Texas 79766
   (c) Your identification number: #60041
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:
   Ector Co. Jail
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: — N/A
   (b) Docket number of criminal case: No
   (c) Date of sentencing: No
   ☐ Being held on an immigration charge
   ☐ Other (explain): On a U.N.V. S.I.F. Being Held right now, without A Bond. & its not a F.T.A. the Sheriff stated He dont No why. I dont have A Bond!!!

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☑ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other (explain): I'm just trying to get that Time back. Ok, & Captain Fields sent over a 100 Grievance's stating I wanted my back Time. & They

6. Provide more information about the decision or action you are challenging: organized crime dropped

   (a) Name and location of the agency or court: Ector Co. Courts. drop The Judge Trotter Courts organized crim-charges

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): ? ? ?

   (d) Date of the decision or action: ? ?

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes     ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: I'm waiting to see if the Federal Judge. & I sent all this to 20/20; date Live 60 mins

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: Wait on the 2241

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: the changes are droped I'm just wasting my time back Over 200 days

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _I dont know I'm just trying to get my time back. & to get the fed's to investigate._

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: ____
(b) Date of the removal or reinstatement order: ____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Date of filing: ____
(2) Case number: ____
(3) Result: ____
(4) Date of result: ____
(5) Issues raised: _American citizen_

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: ____
(2) Date of filing: ____
(3) Case number: ____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

Waiting Still

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes  ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** because they left me in Jail for something that i did not do. !! over 200 days of my life !! i want it back

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

All the Proof in Trotter's Courts Ector Co. Rm.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

Case 7:17-cv-00207-RAJ   Document 1   Filed 10/23/17   Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: _____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: I would like to be released now, & I want my time credit it Over 200 days & the Sheriff said the Marshall will Have to get the records from Court House!

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/18/2017        _Matthew Mark Weeks_
                        Signature of Petitioner

Pro-Se                  ? Kevin Acker
                        Signature of Attorney or other authorized person, if any

My I get Attorney??

```
M. Woods 60041
P.O. Box 331
Odessa Tx.
79760
```

To Federal Judge Robert Junell

MIDLAND / ODESSA
20 OCT 2017 PM
RECEIVED
OCT 23 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Barn Swallow

Clerk, U.S. District Court
Western District of Texas
200 East Wall Street, Room 222
Midland Tx.
79701

Legal Mail

Oct. 19, 2017

7970135201