FILED

NOV 2 1 2017

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

MATTHEW MARK WOODS          §
                            §
vs.                         §      NO:   MO:17-CV-00207-RAJ
                            §
ECTOR COUNTY                §

### FINAL JUDGMENT

On this day, the Court entered an Order dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. §2241 for want of prosecution. The Court now enters its Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. §2241 is **DISMISSED** for **WANT OF PROSECUTION**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT.**

**SIGNED** on this ____ day of November, 2017.

Robert Junell
Senior United States District Judge